CRICHTON, J.,
concurs.
hi agree with the majority opinion in this matter and write separately to emphasize that the district attorney, by constitutional mandate, has full charge of every state prosecution in his district. La. Const. Art. 5 sec. 26(B). See also La. C.Cr.P. art. 61 (“[The] district attorney has entire charge and control of every criminal prosecution instituted or pending in his district, and determines, whom, when, and how he shall prosecute.”). The district attorney’s jurisdiction to prosecute those who violate state criminal statutes is exclusive; it can only be constrained or curtailed when it operates to the prejudice of a contrary constitutional mandate, and even then only with due deference to the district attorney’s constitutional preroga *579 tive. Bd. of Com’rs of Orleans Levee Dist. v. Connick, 654 So.2d 1073 (La.1995).